FILED

11/23/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0277

# IN THE SUPREME COURT OF THE STATE OF MONTANA
## Case No. DA 20-0277

BRANDY J. PERSOMA,

      Petitioner/Appellant,

      And

TYLER S. PERSOMA,

      Respondent/Appellee.

## ORDER GRANTING EXTENSION OF TIME TO FILE RESPONSE BRIEF

On Appeal from the Montana Fourteenth Judicial
District Court, Musselshell County
Lower Court Docket No. DR 16-02
Before District Judge Randal I. Spaulding

Upon motion of Respondent/Appellee through counsel, Petitioner/Appellant *pro se* Brandy J. Persoma having no objection thereto, and pursuant to Rule 26(1), Mont. R. App. P.:

IT IS HEREBY ORDERED that Appellee is granted a 30 day extension until December 27, 2020, in which to file his response to Opening Brief of Appellant.

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
November 23 2020